IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

No. C

Robert Kingsley Scott - # 113605

_____ /

**ORDER TO SHOW CAUSE**

It appearing that Robert Kingsley Scott has been disbarred by the Supreme Court of California effective September 18, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why his name should not be removed from the roll of attorneys authorized to practice before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert Kingsley Scott
RK Scott & Associates
P.O. Box 1518
Lake Elsinore, CA 92531