**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

09·80336 misc ✓rw

Sent To: Robert Kingsley Scott; RK Scott & Assoc.
Street, Apt. No.; or PO Box No. P.O. Box 1518
City, State, ZIP+4: Lake Elsinore, CA 92531

PS Form 3800, June 2002     See Reverse for Instructions

7006 0810 0001 9709 3948