United States District Court
For the Northern District of California

1

2

3

4

5

6       **IN THE UNITED STATES DISTRICT COURT**

7       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9   **IN THE MATTER OF:**                    **No CV 09 80336 MISC VRW**

10

11  **Robert Kingsley Scott,**
                                            **ORDER**
        **State Bar No 113605**

12
        _____/

13

14          On December 17, 2009, the court issued an order to show

15  cause (OSC) why Robert Kingsley Scott should not be removed from

16  the roll of attorneys authorized to practice law before this court,

17  based upon his disbarment by the State Bar of California, effective

18  September 18, 2009.

19          The OSC was mailed to Mr Scott's address of record with

20  the State Bar on December 22, 2009, but was returned by the post

21  office as undeliverable.  A written response was due on or before

22  February 5, 2010.  No response to the OSC has been filed as of this

23  date.

24          The court now orders Robert Kingsley Scott removed from

25  the roll of attorneys authorized to practice before this court.

26  The clerk is directed to close the file.

27          IT IS SO ORDERED.

28

                                            **VAUGHN R WALKER**
                                            **United States District Chief Judge**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

ROBERT K. SCOTT

State Bar No. 113605

_____/

Case Number: CV09-80336 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Scott
RK Scott & Associates
P.O. Box 1518
Lake Elsinore, CA 92531

Dated: March 8, 2010

Richard W. Wieking, Clerk

*Frank Justiliano*

By: Frank Justiliano, Deputy Clerk